**120**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David SPARKS, Defendant–Appellant.**

No. 13–6469.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 3, 2013.

David Sparks, Appellant pro se. Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Sparks appeals the district court's order denying his motion to reconsider the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sparks*, No. 3:04–cr–00391–REP–1 (E.D.Va. Mar. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*AFFIRMED.*